**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Coastal Federal Credit Union, Respondent,

v.

Clarence LeAnders Griffin, Jr., Appellant.

Appellate Case No. 2012-211872

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2014-UP-469
Submitted October 1, 2014 – Filed December 17, 2014

**AFFIRMED**

Clarence LeAnders Griffin, Jr., of Columbia, pro se.

David P. Nanney, Jr., Charles Nathaniel Griffin, III, and Sarah Dalonzo-Baker, all of Kirschbaum Nanney Keenan & Griffin, PA, of Raleigh, NC, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *S.C. Dep't of Transp. v. M & T Enters. of Mt. Pleasant*, 379 S.C. 645, 658, 667 S.E.2d 7, 14 (Ct. App. 2008) ("It is well settled that an issue must have been raised to and ruled upon by the trial court to be preserved for appellate

review."); *Bean v. S.C. Cent. R.R. Co.*, 392 S.C. 532, 560, 709 S.E.2d 99, 113-14 (Ct. App. 2011) (finding an issue unpreserved for appellate review when the trial court failed to address the issue in its order granting summary judgment and the appellant did not file a motion under Rule 59(e), SCRCP).

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.